## In re ANDERSON.

Circuit Court of Appeals, Ninth Circuit.

Feb. 5, 1941.

Rehearing Denied March 25, 1941.

Ernest J. Anderson, in pro per.

No other appearance entered.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

940

## PER CURIAM.

■ Application for leave to file petition for writ of habeas corpus in forma pauperis in this court is denied because without merit for two reasons: One, our power as a court to issue such writs is in aid of our appellate jurisdiction only. De Maurez v. Swope, 100 F.2d 530; Ferguson v. Swope, 9 Cir., 109 F.2d 152; De Maurez v. Swope, 9 Cir., 110 F.2d 564. Two, the lower federal courts should not consider an application for a writ of habeas corpus where the petitioner is detained under state process save in exceptional cases. Urquhart v. Brown, 205 U.S. 179, 27 S.Ct. 459, 51 L.Ed. 760; Ex parte Melendez, 9 Cir., 98 F.2d 791; Ex parte Penney, 9 Cir., 103 F.2d 27; Ex parte Jefferson, 9 Cir., 106 F.2d 471.

This is not such a case.

Application denied.